**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**MEMORANDUM**

FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

United States of America,

                Government    Judge : **Victoria Reznik, U.S.M.J**

   -against-                    Case Number:

                Defendant(s)
-----------------------------------------------------------------X

      On_____, a Rule 11 allocution was taken on consent of all parties before me pursuant to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated:
White Plains, New York

                                            Respectfully Submitted,

                                            Victoria Reznik, USMJ